**BOLDEN v. STATE.**

No. 26623.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery; the punishment, ten years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.